**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NANCY K. BRADY,

Case No.: 6:22-cv-162-Orl-40EJK

Plaintiff,

v.

ZOLL MEDICAL CORPORATION, ZOLL MANUFACTURING CORPORATION, ZOLL LIFECOR CORPORATION, ZOLL LIFEVEST HOLDINGS, LLC, and ZOLL SERVICES, LLC,

Defendants.

---

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Local Rule 3.03, Plaintiff's undersigned counsel hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

   - NANCY K. BRADY, Plaintiff;

   - STEVEN E. NAUMAN, Counsel for Plaintiff;

- ANDREW PARKER FELIX, Counsel for Plaintiff;
- MORGAN & MORGAN, P.A., Counsel for Plaintiff;
- ZOLL MEDICAL CORPORATION, Defendant;
- ZOLL MANUFACTURING CORPORATION, Defendant;
- ZOLL LIFECOR CORPORATION, Defendant;
- ZOLL LIFEVEST HOLDINGS, LLC, Defendant;
- ZOLL SERVICES, LLC, Defendant;
- KIRK ANDREW CARTER, Counsel for Defendant;
- BRADLEY SHAPIRO, Counsel for Defendant; and
- BOWMAN AND BROOKE LLP, Counsel for Defendant;

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   - None known to undersigned counsel.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   - None other than those disclosed in response to paragraph 1.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   - NANCY K. BRADY, Plaintiff.

5. Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or –

______ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: January 28, 2022

Respectfully submitted,

*/s/ Steven E. Nauman*

**STEVEN E. NAUMAN, ESQ.**
Florida Bar No.: 106126
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com
Secondary Email: ccoates@forthepeople.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 28, 2022, the foregoing document was electronically filed with the Clerk of Court for the Middle District of Florida, Orlando Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Steven E. Nauman*
**STEVEN E. NAUMAN, ESQ.**
Florida Bar No.: 106126
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com
Secondary Email: ccoates@forthepeople.com
*Counsel for Plaintiff*